**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-7360**

─────────

JOSEPH LEE ROBINSON,

Petitioner - Appellant,

versus

LAWRENCEVILLE CORRECTIONAL CENTER; WARDEN
CROSS, Warden, Lawrenceville Correctional
Center,

Respondents - Appellees.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge.
(CA-99-1387-AM)

─────────

Submitted: February 22, 2001      Decided: February 28, 2001

─────────

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Joseph Lee Robinson, Appellant Pro Se.  Virginia Bidwell Theisen,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Lee Robinson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Robinson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. Robinson v. Lawrenceville Corr. Ctr., No. CA-99-1387-AM (E.D. Va. filed Aug. 21, 2000; entered Aug. 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2